UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONALD A. WARD,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Respondent. | No. CV 10-1445-SJO (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. The Court agrees with the recommendation of the magistrate judge.

　　　IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

DATED:　September 17, 2010　　　　　　　_S. James Otero_
　　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE