# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RONALD A. WARD, | No. CV 10-1445-SJO (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MATTHEW CATE, et al., | |
| Respondent(s). | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED:  September 17, 2010

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE